lan and Patton & Patton, for appellee; William L. Patton and Henry L. Patton, of counsel.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Lorena Reid, by Izora Reid, defendant in error, v. James C. Davis, director general of railroads, plaintiff in error.**

Action for personal injuries received in a collision between defendant's freight train and a trackman's motor-driven speeder upon which plaintiff was riding. Judgment for plaintiff. Error to the Circuit Court of Menard county; the Hon. Guy R. Williams, Judge, presiding. Heard in this court at the October term, 1921. Reversed with finding of facts. Opinion filed July 10, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Patton & Patton and Edward H. Golden, for plaintiff in error; William L. Patton, Henry L. Patton, Arthur Lilienstein and Silas H. Strawn, of counsel. Alonzo H. Ranes, Corrinne L. Rice and Virgil O. Whipp, for defendant in error.

Mr. Justice Heard delivered the opinion of the court.

---

**Lewis K. Pearl, administrator of the estate of Hazel Bernice Pearl, deceased, defendant in error, v. William J. Jackson, receiver of Chicago and Eastern Illinois Railroad Company, plaintiff in error.**

Action for the negligent death of plaintiff's intestate in a collision between defendant's train and an automobile in which deceased was riding. Judgment for plaintiff. Error to the Circuit Court of Vermilion county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed July 10, 1922.

H. M. Steely and H. M. Steely, Jr., for plaintiff in error. Stephens & Wicks, for defendant in error.

Mr. Justice Heard delivered the opinion of the court.

---

**Alexander Brown, appellee, v. Fernandes Grain Company, appellant.**

Assumpsit for a balance due on wheat shipped to defendant. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed July 10, 1922.

Harlington Wood and Sampson & Giffin, for appellant. Roger E. Chapin, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**H. O. Ware, appellee, v. John Lawrence, appellant.**

Action for personal injuries by plaintiff when struck by defendant's automobile. Judgment for plaintiff. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed July 10, 1922. Rehearing denied October 4, 1922.

Livingston & Whitmore, for appellant. Jesse E. Hoffman, for appellee.

Mr. Justice Heard delivered the opinion of the court.